

# Fourth Court of Appeals
## San Antonio, Texas

April 16, 2015

No. 04-15-00096-CV

**ALS 88 DESIGN BUILD LLC,**
Appellant

v.

**MOAB CONSTRUCTION CO.,**
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-03033
Honorable Gloria Saldana, Judge Presiding

# O R D E R

Before the Court is appellant's motion to abate appeal pending the trial court's determination of appellant's motion for judgment nov and appellee's motion to enter judgment. Appellant advised this Court these motions were heard in the trial court on April 8, 2015.

Appellant is instructed to file a status report with this Court within 10 days of the date of this Order advising the Court of the trial court's determination of appellant's motion for judgment nov and appellee's motion to enter judgment.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of April, 2015.

_____
Keith E. Hottle
Clerk of Court